JABEZ H. FOSTER, Respondent,

*vs.*

PATRICK LAVIN, Impl'd with WINFIELD SMITH, et al.

APPEAL FROM MILWAUKEE CIRCUIT COURT.

This case is dependent upon the same or similar facts as are apparent in the next preceding case of *Smith et al. vs. Lavin,* impleaded with Foster, and for similar reasons must be affirmed with costs.